FILED

2018 APR 11  PM 3: 25

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 2:18-cr-58-FTM-99MRM |
| v. | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 924(c)(1)(A)(i) |
| SOLOMON KEITH WILLIAMS | |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 12, 2016, in the Middle District of Florida, the defendant,

**SOLOMON KEITH WILLIAMS,**

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance, and a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (also known as fentanyl), a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT TWO

On or about May 17, 2016, in the Middle District of Florida, the defendant,

**SOLOMON KEITH WILLIAMS,**

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance, and a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (also known as fentanyl), a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about May 12, 2016, in the Middle District of Florida, the defendant,

**SOLOMON KEITH WILLIAMS,**

did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, as alleged in Count One above; Count One being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## **FORFEITURE**

1. The allegations contained in Counts One, Two, and Three of this Indictment is incorporated by reference for the purpose of alleging forfeiture under 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

3. Upon conviction of a violation of 18 U.S.C. § 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the approximately $2,400 in cash collectively provided to the defendant during the offenses listed in Counts One and Two.

5. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third

      party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p).

A TRUE BILL,

_____
FOREPERSON

MARIA CHAPA LOPEZ
United States Attorney

By: _____
CHARLES D. SCHMITZ
Assistant United States Attorney
Trial Counsel

By: _____
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

SOLOMON KEITH WILLIAMS

## INDICTMENT

Violations:  21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 924(c)(1)(A)(i)

A true bill,

_____
Foreperson

Filed in open court this 11th day
of April, 2018.

_____
Clerk

Bail $_____

GPO 863 525