UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:18-cr-58-FtM-99MRM

SOLOMON KEITH WILLIAMS
_____

## ORDER OF FORFEITURE

Solomon Keith Williams pleaded guilty to counts one and two of the indictment, distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). The United States has established that the defendant obtained $2,400.00 in proceeds as a result of the offenses.

The United States moves under 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of an order of forfeiture in the amount of $2,400.00, which upon entry shall be a final order of forfeiture as to the defendant. The motion is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $2,400.00.

The proceeds of the offenses were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of defendant's property up to the $2,400.00 order of forfeiture. The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any substitute asset.

**DONE and ORDERED** in Fort Myers, Florida, on October 30th, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record